**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | | |
|---|---|---|
| **PAUL LEWIS ROBINSON,** | : | |
| | : | |
| **Petitioner,** | : | |
| | : | |
| **V.** | : | |
| | : | **NO. 3:22-cv-00022-CAR-CHW** |
| **SHERIFF JOE CHAPMAN,** | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

## ORDER OF DISMISSAL

Petitioner Paul Lewis Robinson, a detainee in the Walton County Jail in Monroe, Georgia, filed a petition for a writ of habeas corpus.   Pet. for Writ of Habeas Corpus, ECF No. 1.   Petitioner also filed a motion for leave to proceed without prepayment of the filing fee or security therefor.   Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. Petitioner did not, however, submit a certified copy of his trust fund account statement completed by a prison official, nor did he attach a printout of his account transactions for the previous six months.   *See id.*   As a result, Petitioner was ordered to file a certified copy of his account statement including the proper supporting documentation.   Order, ECF No. 4.   Petitioner was given fourteen days to comply and was cautioned that this failure to do so may result in the dismissal of this action.   *Id.*

More than fourteen days passed following entry of the order for Petitioner to file his account statement, and he did not file the account statement or otherwise respond to that order.   Therefore, Petitioner was ordered to show cause why this case should not be

dismissed for failure to comply with the previous order.   Order to Show Cause, ECF No. 5. Petitioner was given fourteen days to respond and was cautioned that his failure to do so would result in the dismissal of this action.   *Id.*

More than fourteen days have now passed since the show cause order was entered, and Petitioner has not responded to that order.   Moreover, the order, which was sent to Petitioner at the Walton County Jail, the only address on file for Petitioner, has been returned to this Court as undeliverable.   Mail Returned, ECF No. 6.   It is Petitioner's responsibility to keep the Court informed of his current address, and his failure to do so constitutes a failure to prosecute this action.   Furthermore, insofar as this Court has no information about Petitioner's current address, this case cannot continue.

Thus, because Petitioner has failed to respond to the Court's orders or otherwise prosecute his case, this action is **DISMISSED WITHOUT PREJUDICE**.   *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 2nd day of May, 2022.

s/C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT